IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| FLYING DOG BREWERY, LLLP | ) | Case No. 1:11-CV-00307-RJJ |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION FOR |
| | ) | PRELIMINARY INJUNCTION |
| v. | ) | |
| | ) | |
| MICHIGAN LIQUOR CONTROL | ) | |
| COMMISSION, et al., | ) | ORAL ARGUMENT REQUESTED |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

COMES NOW the Plaintiff, Flying Dog Brewery, LLLP, by and through undersigned counsel, and moves this Honorable Court for entry of an order preliminary enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing MICH. ADMIN. CODE R. 436.1611(1)(d) against the sale of RAGING BITCH beer.

Pursuant to Local Rule 7.1(d), Plaintiff's counsel spoke with Defendants' counsel, who indicated Defendants oppose this motion.

Dated: April 13, 2011         Respectfully Submitted,

                              Alan Gura
                              GURA & POSSESSKY, PLLC
                              101 N. Columbus Street, Suite 405
                              Alexandria, VA 22314
                              703.835.9085/Fax: 703.997.7665
                              alan@gurapossessky.com

                    By:       /s/ Alan Gura
                              Alan Gura
                              Attorneys for Plaintiff Flying Dog Brewery, LLLP