UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN PUBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

| | |
|---|---|
| Alan Gura<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>(703) 835-9085<br>alan@gurapossessky.com | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement<br>Division<br>Attorneys for Defendants<br>525 W. Ottawa, Fifth Floor<br>PO Box 30736<br>Lansing, MI 48909<br>(517) 241-0210<br>Mcgeheed1@michigan.gov |

**STIPULATION TO EXTEND TIME TO FILE
AN ANSWER OR OTHER RESPONSIVE PLEADING**

The parties to the above entitled action, by and through their respective attorneys, stipulate and agree that the time for filing an Answer to the Complaint or other responsive pleading is extended to May 16, 2011.

| | |
|---|---|
| GURA & POSSESSKY, PLLC | BILL SCHUETTE (P32532)<br>Attorney General |
| s/Alan Gura, with consent<br>Alan Gura<br>Attorney for Plaintiff<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA  22314<br>(703) 835-9085<br>alan@gurapossessky.com | s/Donald S. McGehee<br>Donald S. McGehee (P37489)<br>Assistant Attorney General<br>Alcohol and Gambling Enforcement Div.<br>Attorneys for Defendants<br>525 W. Ottawa, Fifth Floor<br>PO Box 30736<br>Lansing, MI  48909<br>(517) 241-0210<br>Mcgeheed1@michigan.gov |

Dated:  April 21, 2011

### ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

At a session of said Court, held in the
Federal Building, City of Grand Rapids,
State of Michigan on_____

PRESENT: HON._____
U.S. District Court Judge

Upon reading and filing the above stipulation of counsel, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendants must file an Answer or other pleading in response to the Complaint by May 16, 2011.

_____
HON. ROBERT J. JONKER
U.S. DISTRICT COURT JUDGE