UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

ORAL ARGUMENT REQUESTED

| | |
|---|---|
| Alan Gura<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA  22314<br>(703) 835-9085<br>alan@gurapossessky.com | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement Division<br>Attorneys for Defendants<br>525 W. Ottawa, Fifth Floor<br>PO Box 30736<br>Lansing, MI  48909<br>(517) 241-0210<br>Mcgeheed1@michigan.gov |

**DEFENDANTS' REPSONSE TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

    NOW COME Defendants, Michigan Liquor Control Commission, Nida Samona, its

Chairperson, Donald Weatherspoon, Patrick Gagliardi, Colleen Pobur, and Edward Gaffney, by

and through their attorneys, Bill Schuette, Attorney General of the State of Michigan, and,

Donald McGehee, Assistant Attorney General, and in response to Plaintiff's Motion for Preliminary Injunction, state as follows:

For the reasons stated in the accompanying brief and attached exhibits, Defendants oppose Plaintiff's Motion for Preliminary Injunction and request that it be denied.

    Respectfully submitted,

    Bill Schuette (P32532)
    Attorney General

    s/ Donald McGehee
    Donald McGehee (P37489)
    Assistant Attorney General
    Attorneys for Defendants
    Alcohol & Gambling Enforcement Division
    525 W. Ottawa, Fifth Floor
    PO Box 30736
    Lansing, MI  48909
    (517) 241-0210
    mcgeheed1@michigan.gov

DATED:  May 5, 2011