OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>09247001000171 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND<br>CERTIFICATION/EXEMPTION OF LABEL/BOTTLE<br>APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**    CT    OR
                       902    25

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
BR-MD-FLY-15000

**3. SOURCE OF PRODUCT (Required)**
[✓] Domestic
[ ] Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

FLYING DOG BREWERY, FLYING DOG BREWERY, LLLP
4607 WEDGEWOOD BLVD

FREDERICK MD 21703

**4. SERIAL NUMBER (Required)**
090905

**5. TYPE OF PRODUCT (Required)**
[ ] WINE
[ ] DISTILLED SPIRITS
[✓] MALT BEVERAGE

**6. BRAND NAME (Required)**
FLYING DOG

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
RAGING BITCH

**9. EMAIL ADDRESS**
ANNIE@FLYINGDOGALES.COM

**10. FORMULA/SOP NO. (If any)**

**11. LAB. NO. & DATE / PREIMPORT NO. & DATE (If any)**

**18. TYPE OF APPLICATION (Check applicable box(es))**
a. [✓] CERTIFICATE OF LABEL APPROVAL
b. [ ] CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)
c. [ ] DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ (Fill in amount)
d. [ ] RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**12. NET CONTENTS**
12 FL. OZ.

**13. ALCOHOL CONTENT**
8.0

**14. WINE APPELLATION IF ON LABEL**

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(303) 292-5027

**17. FAX NUMBER**
(303) 296-0164

**19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.**

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**20. DATE OF APPLICATION**
09/04/2009

**21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**
(Application was e-filed)

**22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT**
ANNIE TUNHEIM

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this

OMB No. 1513-0020

form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 09/08/2009 | Kent B. Martin |

## FOR TTB USE ONLY

| QUALIFICATIONS | EXPIRATION DATE (If any) |
|---|---|
| **STATUS**<br> THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br> ALE | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type: Brand (front)
Actual Dimensions: 6.87 inches W X 3.37 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



Image Type: Neck
Actual Dimensions: 4.88 inches W X 1.67 inches H

Deny

DENIED per review by
Commission on 11/18/09.

S. Martin



# 20th ANNIVERSARY

# RAGING BITCH
## BELGIAN-STYLE INDIA PALE ALE

"Two inflammatory words... one wild drink. Nectar imprisoned in a bottle. Let it out. It is cruel to keep a wild animal locked up. Uncap it. Release it...stand back! Wallow in its golden glow in a glass beneath a white foaming head. Remember, enjoying a RAGING BITCH, unleashed, untamed, unbridled— and in heat— is pure GONZO!! It has taken 20 years to get from there to here. Enjoy!" —Ralph Steadman

8.3% ALC/VOL    IBU: 60

12 FL. OZ.
(355 ml)

BREWED BY
FLYING DOG BREWERY,
FREDERICK, MD

FLYINGDOGALES.COM

CA REDEMPTION VALUE
VT-MA-CT-NY-HI-IA-DE-OR-ME 5¢
MI 10¢ DEPOSIT OK+FL

GOVERNMENT WARNING: (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.



7 86243 11991 3