UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION, NIDA SAMONA, DONALD WEATHERSPOON, PATRICK GAGLIARDI, COLLEEN POBUR, and EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

| | |
|---|---|
| Alan Gura<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA  22314<br>(703) 835-9085<br>alan@gurapossessky.com | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement Division<br>Attorneys for Defendants<br>525 W. Ottawa, Fifth Floor<br>PO Box 30736<br>Lansing, MI  48909<br>(517) 241-0210<br>Mcgeheed1@michigan.gov |

                    /

**BRIEF IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INUNCTION**

**ADDITIONAL ATTACHMENTS**

Exhibit 6 – Sherryl Kleinman, Mathew B. Ezzell, and A. Corey Frost – *Reclaiming Critical Analysis:  The Social Harms of "Bitch", 3 Sociological Analysis 47, 50 (2009)*

Exhibit 7 – Affidavit of Nida Samona