UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

---

| | |
|---|---|
| Alan Gura<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff<br>alan@gurapossessky.com | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>MELINDA LEONARD (P63638)<br>ROSENDO ASEVEDO, JR. (P28369)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement Division<br>Attorneys for Defendants<br>Mcgeheed1@michigan.gov |

/

**STIPULATION TO EXTEND TIME TO FILE
AN ANSWER OR OTHER RESPONSIVE PLEADING**

The parties to the above entitled action, by and through their respective attorneys, stipulate and agree that the time for filing an Answer to the Complaint or other responsive pleading is extended to two (2) weeks after the date of hearing on Plaintiff's Motion for Preliminary Injunction.

| | |
|---|---|
| GURA & POSSESSKY, PLLC | BILL SCHUETTE (P32532)<br>Attorney General |
| s/with consent of Alan Gura<br>Alan Gura<br>Attorney for Plaintiff<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>(703) 835-9085<br>alan@gurapossessky.com | s/Donald S. McGehee<br>Donald S. McGehee (P37489)<br>Assistant Attorney General<br>Alcohol and Gambling Enforcement Div.<br>Attorneys for Defendants<br>525 W. Ottawa, Fifth Floor<br>PO Box 30736<br>Lansing, MI 48909<br>(517) 241-0210<br>Mcgeheed1@michigan.gov |

Dated: May 13, 2011

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

_____/

## **ORDER**

    The Court APPROVES the Stipulation to extend the time to file an answer or other responsive pleading to two (2) weeks after the date of hearing on Plaintiff's Motion for Preliminary Injunction.

    IT IS SO ORDERED.

_____
ROBERT J. JONKER
United States District Judge

Dated: