UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

       Plaintiff,                   Case No. 1:11–cv–00307–RJJ

       v.                            Hon. Robert J. Jonker

MICHIGAN LIQUOR CONTROL
COMMISSION, et al.,

       Defendants.
_____/

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):         Motion for Preliminary Injunction – #11
Date/Time:        June 8, 2011   04:00 PM
Judge:              Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

                                       ROBERT J. JONKER
                                       United States District Judge

Dated:  May 16, 2011        By:  /s/ Melva I. Ludge
                                 Case Manager