UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

       Plaintiff,

                                CASE NO. 1:11-CV-307

v.

                                HON. ROBERT J. JONKER

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR,
and EDWARD GAFFNEY

       Defendants.

_____/

## ORDER

      The Court denies the parties' proposed second extension of Defendants' response deadline because it is the second request, and it includes no reason for the request.  Nor is any reason readily discernable for the request to extend the answer deadline to a date two weeks following the Preliminary Injunction hearing.  This denial is without prejudice to the parties' ability to submit another request supported by reasons.  Absent that, Defendants' response deadline is extended to May 27, 2011, which is nearly 60 days following service of process in the case.

Dated:    May 18, 2011          /s/ Robert J. Jonker_____
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE