UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

       Plaintiff,                        Case No. 1:11–cv–00307–RJJ

      v.                                       Hon. Robert J. Jonker

MICHIGAN LIQUOR CONTROL
COMMISSION, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

Motion(s):          Motion for Preliminary Injunction – #11
Date/Time:         June 8, 2011   02:00 PM
Judge:               Robert J. Jonker
Place/Location:    699 Federal Building, Grand Rapids, MI

*Change in time only*

                                                ROBERT J. JONKER
                                                United States District Judge

Dated:  June 7, 2011        By:  /s/ Melva I. Ludge_____
                                       Case Manager