# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

Case No.:  1:11cv307
Case Caption:  Flying Dog Brewery LLLP v Michigan Liquor Control Commission

Date:  June 8, 2011 at 2:00 p.m. to 3:45 p.m.
Place: Grand Rapids, MI
Judge: Hon. Robert J. Jonker

Appearances for Plaintiff:  Alan Gura
Appearances for Defendant:  Melinda Leonard and Donald McGehee

**PROCEEDINGS**

**NATURE OF HEARING:**  Oral Argument on Motion for Preliminary Injunction (docket #11).  The motion is taken under advisement, followed by a Rule 16 Scheduling Conference.

Case Manager: Melva I. Ludge

Law Clerk:  Anne VenHuizen

Court Reporter:  Glenda Trexler