UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

ORAL ARGUMENT NOT REQUESTED

---

| | |
|---|---|
| ALAN GURA<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>MELINDA LEONARD (P63638)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement Division<br>Attorneys for Defendants |

_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF OPPOSING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

    Defendants request leave to file a supplemental brief opposing Plaintiff's pending Motion for Preliminary Injunction for the reasons stated in the attached brief.

    As required by W.D. Mich. LCivR. 7.1(d), Defendants' counsel sought Plaintiff's

2

counsel's concurrence in this motion by leaving a voicemail message for Plaintiff's counsel requesting concurrence earlier today.  As of the time of this filing, Plaintiff's counsel has not yet returned the call.

                Respectfully submitted,

                Bill Schuette (P32532)
                Attorney General

                s/Melinda Leonard
                Melinda Leonard (P63638)
                Assistant Attorney General
                Attorneys for Defendants
                Alcohol & Gambling Enforcement Division
                25680 W. 8 Mile Road
                Southfield, MI  48033
                (313) 456-1180
                leonardM1@michigan.gov

DATED:  June 28, 2011

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

ORAL ARGUMENT NOT REQUESTED

---

| | |
|---|---|
| ALAN GURA<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>MELINDA LEONARD (P63638)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement Division<br>Attorneys for Defendants |

_____/

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF OPPOSING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

On June 8, 2011, the Court heard oral arguments on Plaintiff's Motion for Preliminary Injunction. In its motion, Plaintiff requested preliminary injunctive relief prohibiting Defendants from enforcing Mich. Admin. Code r. 436.1611(1)(d) against the sale of Raging Bitch beer in

1

Michigan and declaring that Raging Bitch beer could be immediately marketed and sold in Michigan.[1]

Today, the Michigan Liquor Control Commission reconsidered Plaintiff's request to sell Raging Bitch in Michigan and issued an order reversing its prior denial of Plaintiff's approval request.[2] As a result, Plaintiff is now free to sell Raging Bitch in Michigan. Because Raging Bitch has now been approved for sale in Michigan, the circumstances have changed, and Plaintiff's request for preliminary relief is now moot. Defendants request leave of this Court to file a supplemental brief opposing Plaintiff's motion based on this change in circumstances.

        Respectfully submitted,

        Bill Schuette (P32532)
        Attorney General

        s/Melinda Leonard
        Melinda Leonard (P63638)
        Assistant Attorney General
        Attorneys for Defendants
        Alcohol & Gambling Enforcement Division
        25680 W. 8 Mile Road
        Southfield, MI 48033
        (313) 456-1180
        leonardM1@michigan.gov

DATED: June 28, 2011

## CERTIFICATE OF SERVICE

I certify that on June 28, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the below attorney/parties of record. A courtesy copy of the aforementioned document was placed in the mail directed to Judge Robert J. Jonker.

| | |
|---|---|
| Alan Gura - alan@gurapossessky.com | s/Melinda Leonard_____ |
| Gura & Possessky, PLLC | Melinda Leonard (P63638) |
| 101 N. Columbus Street, Suite 405 | Assistant Attorney General |
| Alexandria, VA 22314 | Alcohol & Gambling Enforcement Division |
| | leonardM1@michigan.gov |

---

[1] Exhibit A, Docket Entry #13 filed April 13, 2011, Proposed Order.
[2] Exhibit B, Administrative Order of the Michigan Liquor Control Commission dated June 28, 2011.

2