IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLYING DOG BREWERY, LLLP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHIGAN LIQUOR CONTROL ) <br> COMMISSION, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 1:11-CV-00307-RJJ |

### [PROPOSED] ORDER

This matter came before the Court on Plaintiff's Motion for Preliminary Injunction.

Upon reviewing the pleadings and evidence, the Court determines that Plaintiff is entitled to a preliminary injunction.

Accordingly, the motion for preliminary injunction is GRANTED.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are ENJOINED from enforcing MICH. ADMIN. CODE R. 436.1611(1)(d) against the sale of RAGING BITCH beer. Plaintiff may sell and market RAGING BITCH beer in Michigan pending the final determination of this case.

SO ORDERED.

This the ___ day of _____, 2011.

_____
The Hon. Robert J. Jonker
United States District Judge