STATE OF MICHIGAN

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
LIQUOR CONTROL COMMISSION

Flying Dog Brewery, LLLP
2401 Blake Street
Denver, CO 80205                                                          "Raging Bitch"

## ADMINISTRATIVE ORDER

The Michigan Liquor Control Commission has reconsidered today the request from Flying Dog Brewery, LLLP to register "Raging Bitch" Belgian-style India Pale Ale for sale in the State of Michigan.

Commission Rule 436.1611(1) prohibits the sale of beer in Michigan unless "[t]he beer has received a registration number from the commission and has been approved for sale by the commission." In September 2009, Flying Dog Brewery, LLLP, (Flying Dog) requested registration of its "Raging Bitch" beer. The Liquor Control Commission (Commission) denied that request on November 18, 2009, based on R 436.1611(1)(d). Flying Dog appealed that decision, and the Commission affirmed its prior ruling in an order dated July 7, 2010.

Upon further consideration of this matter, the Commission vacates its order of July 7, 2010, and reverses its original decision dated November 18, 2009. Flying Dog's request for approval of the product "Raging Bitch" under R 436.1611(1) is granted based on consideration of the Supreme Court's recent holding in *Sorrell v IMS Health* Inc. 564 US ___(June 23, 2011) and for those reasons stated on the record at today's hearing.

Dated: June 28, 2011

*[signature]*
Nida R. Samona, Chairperson

*[signature]*
Pat Gagliardi, Commissioner

*[signature]*
Donald B. Weatherspoon, Commissioner

sm