IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| FLYING DOG BREWERY, LLLP | ) | Case No. 1:11-CV-00307-RJJ |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S RESPONSE TO |
| | ) | DEFENDANTS' MOTION FOR LEAVE |
| v. | ) | TO FILE A SUPPLEMENTAL BRIEF |
| | ) | |
| MICHIGAN LIQUOR CONTROL | ) | |
| COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IN RESPONSE to Defendants' Motion for Leave to File a Supplemental Brief, filed earlier today, Plaintiff submits that it does not oppose the motion, provided that the supplemental brief be filed expeditiously and that Plaintiff be afforded an opportunity to review, consider, and perhaps respond to the supplemental brief.

Dated: June 28, 2011

Respectfully submitted,

Alan Gura
GURA & POSSESSKY, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax: 703.997.7665
alan@gurapossessky.com

By: /s/ Alan Gura
Alan Gura
Attorneys for Plaintiff Flying Dog Brewery, LLLP