UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP,

    Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION,
NIDA SAMONA, DONALD WEATHERSPOON,
PATRICK GAGLIARDI, COLLEEN POBUR, and
EDWARD GAFFNEY,

    Defendants.

No. 1:11-cv-307

HON. ROBERT J. JONKER

| | |
|---|---|
| Alan Gura<br>Gura & Possessky, PLLC<br>Attorney for Plaintiff<br>alan@gurapossessky.com | BILL SCHUETTE (P32532)<br>Attorney General<br>DONALD MCGEHEE (P37489)<br>GERALD WHALEN (P44084)<br>MELINDA LEONARD (P63638)<br>Assistant Attorneys General<br>Alcohol & Gambling Enforcement Division<br>Attorneys for Defendants<br>leonardM1@michigan.gov |

                                                                     /

**JOINT PREFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION**

The parties to the above entitled action, by and through their respective attorneys, agree that ADR would not be meaningful at this time. The parties, therefore, state no preference for a particular form of ADR and prefer not to engage in ADR at this time.

| | |
|---|---|
| GURA & POSSESSKY, PLLC | BILL SCHUETTE (P32532)<br>Attorney General |
| s/Alan Gura, with consent<br>Alan Gura<br>Attorney for Plaintiff<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>(703) 835-9085<br>alan@gurapossessky.com | s/Melinda Leonard<br>Melinda Leonard (P63638)<br>Assistant Attorney General<br>Alcohol and Gambling Enforcement Div.<br>Attorneys for Defendants<br>25680 W. 8 Mile Road<br>Southfield, MI 48033<br>(313) 456-1180<br>leonardM1@michigan.gov |

Dated: June 30, 2011