| | | A<br>2008 Total CEs | B<br>2009 Total CEs | C<br>2010 Total CEs | D<br>2010 Jan thru May CEs | E<br>2011 Jan through May CEs | F<br>2010 Raging Bitch CEs | G<br>2010 Jan thru May Raging Bitch CEs | H<br>2011 Jan thru May Raging Bitch CEs | I<br>2010 Total CEs w/o Raging Bitch | J<br>2010 CEs Jan thru May w/o Raging Bitch | K<br>2011 Jan thru May Total CEs w/o Raging Bitch | L<br>2011 v 2010 Total CEs Jan thru May | M<br>2010 v 2009 Total CEs | N<br>2011 v 2010 CEs Jan thru May w/o Raging Bitch | O<br>2010 v 2009 CEs w/o Raging Bitch | P<br>2009 v 2008 CEs | Q<br>2010 Raging Bitch CEs as % of Total CE Sales | R<br>2011 Jan thru May Raging Bitch CEs as % of Total Sales CEs | S<br>2010 Raging Bitch as % of Sales w/o Raging Bitch | T<br>2011 Jan thru May Raging Bitch as % of Sales w/o Raging Bitch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Michigan** | **15,639** | **15,652** | **16,474** | **6,270** | **5,507** | **0** | **0** | **0** | **16,474** | **6,270** | **5,507** | **-12.2%** | **5.3%** | **-12.2%** | **5.3%** | **0.1%** | **0** | **0** | **0** | **0** |
| 2 | Minnesota | 6,545 | 7,015 | 11,188 | 3,071 | 4,222 | 2,652 | 177 | 651 | 8,536 | 2,894 | 3,571 | 37.5% | 59.5% | 23.4% | 21.7% | 7.2% | 23.7% | 15.4% | 31.1% | 18.2% |
| 3 | Illinois | 14,122 | 13,370 | 22,469 | 8,189 | 11,646 | 6,917 | 2,429 | 2,345 | 15,552 | 5,760 | 9,301 | 42.2% | 68.1% | 61.5% | 16.3% | -5.3% | 30.8% | 20.1% | 44.5% | 25.2% |
| 4 | Wisconsin | 8,512 | 8,428 | 12,625 | 3,970 | 4,817 | 3,376 | 868 | 994 | 9,249 | 3,102 | 3,823 | 21.3% | 49.8% | 23.2% | 9.7% | -1.0% | 26.7% | 20.6% | 36.5% | 26.0% |
| 5 | Ohio | 18,285 | 20,345 | 29,461 | 10,843 | 13,759 | 9,836 | 3,838 | 5,022 | 19,625 | 7,005 | 8,737 | 26.9% | 44.8% | 24.7% | -3.5% | 11.3% | 33.4% | 36.5% | 50.1% | 57.5% |
| 6 | MN, IL, WI, OH Total | 47,464 | 49,158 | 75,743 | 26,073 | 34,444 | 22,781 | 7,312 | 9,012 | 52,962 | 18,761 | 25,432 | 32.1% | 54.1% | 35.6% | 7.7% | **3.6%** | 30.1% | 26.2% | 43.0% | 35.4% |
| 7 | MN, IL, WI, OH Avg. | 11,866 | 12,290 | 18,936 | 6,518 | 8,611 | 5,695 | 1,828 | 2,253 | 13,241 | 4,690 | 6,358 | | | | | | | | | |
| 8 | MI vs. Avg | 31.8% | 27.4% | -13.0% | -3.8% | -36.0% | -100.0% | -100.0% | -100.0% | 24.4% | 33.7% | -13.4% | | | | | | | | | |

**Formulae to calculate CEs of Raging Bitch that would have been sold in Michigan for the period January 2010 through May 2011 had the sale of it not been banned by the MLCC:**

CE calculation for 2010 = (U13 * I3) = 7,086 CEs

CE calculation for Jan thru May 2011 = (V13 *M3) - 1,951 CEs

Total CEs for Jan 2010 thru May 2011 = (U13 * I3) + (V13 * M3) = 9,037 CEs

**Formula to calculate CEs of lost sales of non-Raging Bitch beers in Michigan**

N13 * L3 = 2,232 CEs