UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP

      Plaintiff,

                                                  CASE NO. 1:11-cv-307
                                                  HON. ROBERT J. JONKER

v.

MICHIGAN LIQUOR CONTROL
COMMISSION, et al.,

      Defendants.
_____/

## **ORDER**

      This case is a challenge to Defendant Michigan Liquor Control Commission's refusal to issue a license to sell Plaintiff Flying Dog's Raging Bitch beer in Michigan.  Plaintiff's motion for a preliminary injunction (docket # 11) is currently pending before the Court.  On June 28, 2011, the Commission issued an administrative order reversing its previous orders and granting Plaintiff's request for a license to sell Raging Bitch in Michigan (docket # 33-2).  Based on the Commission's order, Defendants moved for leave to file supplemental briefing, alleging that Plaintiff's motion for a preliminary injunction is now moot (docket # 33).

      The Court **GRANTS** Defendants' motion for leave to file supplemental briefing.  Both parties are free to submit any further briefing they wish on the development identified in Defendants' motion not later than **Monday, July 18, 2011**.  Responses to new filings are due not later than **Monday, July 25, 2011**.

**IT IS SO ORDERED.**

Dated:     June 30, 2011              /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE