UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLYING DOG BREWERY, LLLP

    Plaintiff,

CASE NO. 1:11-cv-307
HON. ROBERT J. JONKER

v.

MICHIGAN LIQUOR CONTROL
COMMISSION, et al.,

    Defendants.
_____/

## ORDER

This case is a challenge to Defendant Michigan Liquor Control Commission's refusal to issue a license to sell Plaintiff Flying Dog's Raging Bitch beer in Michigan. Plaintiff's motion for a preliminary injunction (docket # 11) is currently pending before the Court. On June 28, 2011, the Commission issued an administrative order reversing its previous orders and granting Plaintiff's request for a license to sell Raging Bitch in Michigan (docket # 33-2). Plaintiff submitted a notice of withdrawal of the preliminary injunction motion on July 25, 2011 (docket # 42).

Based on the Commission's decision and Plaintiff's subsequent withdrawal of the motion, the Court **DISMISSES** Plaintiff's motion for a preliminary injunction as moot.

Dated:   August 3, 2011       /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE